UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NYC WATCHES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>Defendant. | : | 26-CV-4685 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On July 27, 2026, Defendant filed a motion to dismiss Plaintiff's complaint. (Doc. 10.) On July 31, 2026, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). (Doc. 13.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).

On August 11, 2026, Magistrate Judge Sarah Netburn filed an order requesting the Defendant's views on whether the previously filed motion to dismiss should be considered moot. (Doc. 17.) On August 18, 2026, Defendant filed a letter indicating that it "will not stand on its" previously filed motion to dismiss." (Doc. 19.)

Accordingly, it is hereby:

ORDERED that the previously filed motion to dismiss is DENIED as moot. The Clerk of Court is hereby directed to terminate the pending motion at Doc. 10.

SO ORDERED.

Dated: August 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge