USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**NYC WATCHES, LLC,**

**Plaintiff,**

**-against-**

**JP MORGAN CHASE BANK, N.A.,**

**Defendant.**

-----------------------------------------------------------------X

**26-CV-04685 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 19, 2026, I directed the parties to file a joint letter regarding the status of settlement discussions or whether they have agreed on a discovery schedule. As of the date of this order, no such letter has been filed. The parties shall provide the aforementioned update by Friday, October 2, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 24, 2026
New York, New York