USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**----------------------------------------------------------------X**

**NYC WATCHES, LLC,**

**Plaintiff,**

**-against-**

**JP MORGAN CHASE BANK, N.A.,**

**Defendant.**

**----------------------------------------------------------------X**

**26-CV-04685 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 2, 2026, the parties indicated to the Court that they intended to promptly submit a proposed discovery schedule for the Court's consideration. ECF No. 24. As of the date of this order, no such proposal has been filed. The parties shall provide the discovery schedule by Monday, November 9, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 5, 2026
New York, New York